# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

158803 & (32)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ARNETT JOMOL JACKSON,
        Defendant-Appellant.

SC: 158803
COA: 345357
Monroe CC: 17-243863-FH

_____/

      On order of the Court, the application for leave to appeal the October 30, 3018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



b1118

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk